| | |
|---|---|
| AUSA LYNDSI ALLSOP (323485)<br>1300 United States Courthouse, 312 North Spring Street<br>Los Angeles, California 90012<br>Tel: (213) 894-3165; Facsimile: (213) 894-3713<br>Lyndsi.Allsop@usdoj.gov | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br>RYAN JAMES WEDDING, ET AL.<br><br>DEFENDANT(S). | CASE NUMBER:<br>24-CR-369(A)-SPG<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

- Documents

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| August 22, 2025 | Lyndsi Allsop |
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)　　　　　　　　　NOTICE OF MANUAL FILING OR LODGING